IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FRANK A. SANCHEZJR,<br><br>                Defendant. | **4:15CR3035**<br><br>**ORDER** |

IT IS ORDERED:

1)     The defendant's motion for temporary modification of the conditions of his pretrial release, (filing no. 15), is granted.

2)     The defendant shall comply with all terms and conditions of pretrial release except as follows:

- The defendant is permitted to travel to Massachusetts and New York from June 12-16, 2015.

- On or before June 8, 2015, Defendant shall provide his flight information and hotel confirmation to the supervising Pretrial Service Officer in Colorado.

   June 3, 2015.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge